UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 22-cr-238 |
| v. | <u>SCHEDULING ORDER</u> |
| GERARD BEAUZILE | |

This matter having come before the Court for arraignment; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Blake Coppotelli, Assistant U.S. Attorney, appearing); and the Defendant being represented by Laura Sayler; and the parties having conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 28th day of April, 2022, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before July 15, 2022.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or

before July 15, 2022. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

       3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before July 29, 2022.

       4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before July 29, 2022.

       5. The following shall be the schedule for pretrial motions in this matter:

       a)  The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before September 23, 2022;

       b)  The Government shall file any response to the Defendant's pretrial motions on or before October 26, 2022; and,

       c)  The Defendant shall file any reply on or before November 2, 2022.

       *[signature]*
HONORABLE FREDA L. WOLFSON
United States District Judge